JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| THERON MAXTON, | ) No. 5:19-cv-00217-JGB (JDE) |
|---|---|
| Plaintiff, | ) |
| | ) JUDGMENT |
| v. | ) |
| BUREAU OF PRISONS DIRECTOR, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Action Pursuant to 28 U.S.C. § 1915(g), IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: July 18, 2019

Jesus G. Bernal
United States District Judge